

Littler Mendelson, P.C.
625 Liberty Avenue
26th Floor
Pittsburgh, PA 15222

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/11

Terrence H. Murphy
412.201.7621 direct
412.201.7600 main
412.291.3373 fax
tmurphy@littler.com

October 25, 2011

VIA FEDEX

**MEMO ENDORSED**

Honorable Paul A. Engelmayer
United States District Judge
U.S. Courthouse
500 Pearl Street, Courtroom 18C
New York, NY 10007-1312

Re: Vasquez v. Vitamin Shoppe Industries, Inc.
Case No. 1:10-cv-08820-PAE

Dear Judge Englemayer:

I write on behalf of plaintiff's counsel, William C. Rand and myself. We have reached a tentative settlement and are in the process of preparing a written settlement agreement to conclude the above case.

If the Court deems necessary, we will certainly appear at the scheduled Status Conference on Friday, November 4, 2011.

Very truly yours,

Terrence H. Murphy /acw

THM/ACW

cc: William Coudert Rand, Esquire
    Jeffrey M. Gottlieb, Esquire

SO ORDERED: 10/27/11

Paul A. Engelmayer
_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

The November 4, 2011 conference is hereby adjourned. If the Court does not receive a proposed stipulated dismissal by December 2, 2011, the Court will contact the parties to reschedule the conference.

littler.com